NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5059

DR. PO KEE WONG,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 08-CV-395,
Judge Lawrence M. Baskir.

ON MOTION

<u>O R D E R</u>

Dr. Po Kee Wong moves for a stay of the mandate pursuant to Fed. R. App. P. 41.

We note that the mandate issued in Wong's case on August 31, 2009.

Accordingly,

IT IS ORDERED THAT:

Wong's motion for a stay of the mandate is denied as moot.

FOR THE COURT

DEC 01 2009
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Dr. Po Kee Wong
Conrad J. DeWitte, Jr., Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 01 2009

JAN HORBALY
CLERK